UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Darrell Kossie, § | |
|     Petitioner, § | |
| § | |
| v. § | Civil Action H-21-381 |
| § | |
| Bobby Lumpkin, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
|     Respondent. § | |

## Report and Recommendation

Darrell Kossie, a prisoner in custody of the Texas Department of Criminal Justice (TDCJ), filed a petition for writ of habeas corpus. (D.E. 1.) Kossie sought relief from his 2004 state court judgment of conviction and sentence and from a prison disciplinary proceeding.

On February 9, 2021, the court recommended that Kossie's claims related to his judgment of conviction and sentence be dismissed as successive. (D.E. 5.) As to his claims related to a prison disciplinary proceeding, the court ordered Kossie to file an amended petition.

Kossie did not file an amended petition. He did file a written response on March 12, 2021. (D.E. 8.) In that response, Kossie indicated that he does not want to proceed with his prison disciplinary proceeding claim. Because Kossie did not file an amended petition and because the court understands that Kossie does not want to pursue his claims related to a disciplinary proceeding, the court recommends that Kossie's petition be dismissed with prejudice in its entirety.

The parties have fourteen days from service of this report and recommendation to file written objections. *See* Rule 8(b) of the Rules

Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on March 25, 2021.

_____
Peter Bray
United States Magistrate Judge