| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Darrell Kossie, §
    Petitioner, §
§
v. § Civil Action H-21-381
§
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On February 9, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Darrell Kossie's claims about his state court conviction as successive. (5) The magistrate judge allowed Kossie time to amend his pleading as to his claims about a disciplinary proceeding but sent Kossie paperwork under 28 U.S.C. § 2255 instead of § 2244. On March 12, 2021, the court received Kossie's response where he affirmatively abandoned his claims about a disciplinary proceeding. (8) On March 25, 2021, the magistrate judge recommended that the court dismiss Kossie's petition for writ of habeas corpus in its entirety. (9) No objections were filed. The court adopts both reports and recommendations as its memorandums and opinions. The court will issue a separate final judgment.

Signed on May __1__, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge